IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00025-CR-W-HFS |
| ROBERT LEE VOSS | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 30, 2020, before Magistrate Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) to Counts One and Two of the Information charging defendant with knowingly and intentionally distributing PCP, and Count Three charging defendant with being a felon in possession of a firearm.

In a Report and Recommendation dated September 30, 2020 (Doc. 26), Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 26) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

        s/ HOWARD F. SACHS
        HOWARD F. SACHS
        United States District Judge

Dated: October 23, 2020
Kansas City, Missouri